(127 So. 797)

### Seborn MOORE v. STATE.
### 6 Div. 615.

Supreme Court of Alabama.
April 10, 1930.

Windham & Countryman, of Birmingham, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

GARDNER, J.

Petition of Seborn Moore for certiorari to Court of Appeals to review and revise the judgment and decision of that Court in Moore v. State (6 Div. 615) 23 Ala. App. 432, 127 So. 796.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

(127 So. 794)
### Edward ELLIS v. STATE.
### 4 Div. 482.

Supreme Court of Alabama.
April 10, 1930.

John H. Wilkerson, of Troy, and W. M. Brunson and Owen & Carmichael, all of Elba, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

BOULDIN, J.

Petition of Edward Ellis for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Ellis v. State, 23 Ala. App. 406, 127 So. 793.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

(127 So. 798)
### STATE v. Ralph O. KELLY.
### 7 Div. 938.

Supreme Court of Alabama.
April 10, 1930.

Pruet & Glass, of Ashland, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

BOULDIN, J.

Petition of Ralph O. Kelly for certiorari to Court of Appeals to review and revise the judgment and decision of that court in State v. Kelly, 23 Ala. App. 356, 127 So. 797.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.